ACCEPTED
15-25-00011-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 1:01 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00011-CV

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
5/2/2025 1:01:12 PM
CHRISTOPHER A. PRINE
Clerk

The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center
*Appellants*,

v.

GENSETIX, INC.,
*Appellee*.

On Appeal from Cause No. 2021–73071
In the 152nd Judicial District of Harris County, Texas

**SECOND UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE APPELLANTS' BRIEF**

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellants, The Board of Regents of the University of Texas System, The University of Texas System, and The University of Texas M.D. Anderson Cancer Center ("Appellants"), file this unopposed motion seeking a 30–day extension of time to file Appellants' Brief to June 9, 2025. In support of this motion, Appellants shows the following:

1.  Appellants' Brief is currently due May 7, 2025.

2. The following grounds provide good cause for extending the time to file Appellants' Brief. Appellants' former lead counsel, Alyssa Bixby-Lawson, has accepted employment outside of the Texas Office of the Attorney General and has relocated outside of the State of Texas. Ms. Bixby-Lawson's last day with the Texas Office of the Attorney General was April 30, 2025. Appellants' new and current lead counsel, Terri M. Abernathy, was only recently assigned the case and filed her notice on May 2, 2025. Due to Ms. Abernathy's other responsibilities in separate litigation matters, she was only able to meet and confer with Mrs. Bixby-Lawson for the first time regarding this case less than a week ago. Consequently, Ms. Abernathy requires more time to review the file, the filings in this cause, and to prepare Appellants' brief.

3. An extension of Appellants' deadline would cause Appellee's response to be due during previously scheduled and immovable summer vacation plans, Appellee has likewise asked for an extension of the deadline of their response brief until July 29, 2025. Appellants have agreed to this extension and Appellees will be filing their Motion for an extension of time shortly.

4. This is the second request for an extension of time to file Appellants' Brief before this Court.

5. The motion is unopposed.

6. This motion is not filed for the purpose of delay, nor will Appellee be harmed because Appellee is unopposed to this extension request.

**Prayer**

For these reasons, Appellants respectfully request that the Court grant an extension of time of 30–days to file Appellants' Brief to June 9, 2025, and grant them any other relief to which they may be justly entitled.

Respectfully submitted,

KEN PAXTON
Attorney General

BRENT WEBSTER
First Assistant Attorney General

RALPH MOLINA
Deputy First Assistant Attorney General

AUSTIN KINGHORN
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Chief, General Litigation Division


/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General
Texas Bar No. 24122680
*Attorney in Charge*
OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
Phone (512) 936-0562
Division Fax (512) 320-0667
Email terri.abernathy@oag.texas.gov

*Counsel for Appellants*

**CERTIFICATE OF CONFERENCE**

On May 2, 2025, the undersigned conferred with lead counsel for Appellee, Cabrach Connor, who stated Appellee is unopposed to the relief requested.

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I certify that on May 2, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Cabrach J. Connor
Cab@CLandS.com
Jennifer Tatum Lee
Jennifer@CLandS.com
Sergio R. Davila
Sergio@CLandS.com
Connor Lee & Shumaker PLLC
609 Castle Ridge Road, Suite 450
Austin, Texas 78746
Phone (512) 777-1254

Anthony G. Buzbee
tbuzbee@txattorneys.com
Ryan S. Pigg
rpigg@txattorneys.com
The Buzbee Law Firm
Phone (713) 223-5393

*Counsel for Appellee*

/s/ *Terri M. Abernathy*
TERRI M. ABERNATHY
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100380196
Filing Code Description: Motion
Filing Description: Appellants 2nd Unopposed MET
Status as of 5/2/2025 1:44 PM CST

Associated Case Party: University of Texas M.D. Anderson Cancer Center

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Terri Abernathy | | terri.abernathy@oag.texas.gov | 5/2/2025 1:01:12 PM | SENT |
| Quennette Rose | | Quennette.Rose@oag.texas.gov | 5/2/2025 1:01:12 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 5/2/2025 1:01:12 PM | SENT |
| Alyssa Bixby-Lawson | | alyssa.bixby-lawson@oag.texas.gov | 5/2/2025 1:01:12 PM | SENT |

Associated Case Party: Board of Regents of the University of Texas System

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| David E.Harrell | | David.Harrell@troutman.com | 5/2/2025 1:01:12 PM | SENT |
| Deanna MarkowitzWillson | | deanna.willson@troutman.com | 5/2/2025 1:01:12 PM | SENT |
| Chris Dove | | Chris.Dove@troutman.com | 5/2/2025 1:01:12 PM | SENT |
| Monika Dziemianczuk | | monika.dziemianczuk@troutman.com | 5/2/2025 1:01:12 PM | SENT |

Associated Case Party: Gensetix, Inc.

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Cabrach Connor | | Cab@CLandS.com | 5/2/2025 1:01:12 PM | SENT |
| Jennifer TatumLee | | Jennifer@CLandS.com | 5/2/2025 1:01:12 PM | SENT |
| Sergio Davila | | Sergio@CLandS.com | 5/2/2025 1:01:12 PM | SENT |
| Anthony Buzbee | | tbuzbee@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |
| Ryan Pigg | | rpigg@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |
| Rian Taff | | rtaff@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |
| Mauricio Guevara | | mguevara@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Quennette Rose on behalf of Terri Abernathy
Bar No. 24062894
quennette.rose@oag.texas.gov
Envelope ID: 100380196
Filing Code Description: Motion
Filing Description: Appellants 2nd Unopposed MET
Status as of 5/2/2025 1:44 PM CST

Associated Case Party: Gensetix, Inc.

| Mauricio Guevara | | mguevara@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |
|---|---|---|---|---|
| Lionel Sims | | lsims@txattorneys.com | 5/2/2025 1:01:12 PM | SENT |